UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:22-cv-60189-CMA

Ingrid Farquharson,

    Plaintiff,

v.

Bank of American, N.A.; JP Morgan Chase
Bank, N.A.; Experian Information
Solutions, Inc.; Equifax Information
Services, LLC; and TransUnion, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC

Plaintiff Ingrid Farquharson, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against remaining defendants remain pending.

Dated: March 3, 2022

                                        */s/ Trescot Gear*
                                        Gear Law, LLC
                                        1405 W. Swann Ave.

        Tampa, FL 33606

        Mailing Address:
        McCarthy Law, PLC
        4250 North Drinkwater Blvd, Suite 320
        Scottsdale, AZ  85251
        Telephone: (602) 456-8900
        Fax: (602) 218-4447
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

        */s/Trescot Gear*