UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:22-cv-60189-CMA

Ingrid Farquharson,

    Plaintiff,

v.

Bank of American, N.A.; JP Morgan Chase
Bank, N.A.; Experian Information
Solutions, Inc.; Equifax Information
Services, LLC; and TransUnion, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Ingrid Farquharson, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against remaining defendants remain pending.

Dated: March 8, 2022

*/s/ Trescot Gear*
Gear Law, LLC
1405 W. Swann Ave.
Tampa, FL 33606

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/Trescot Gear*

2