UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:22-cv-60189-CMA

Ingrid Farquharson,

    Plaintiff,

v.

Bank of American, N.A.; JP Morgan Chase
Bank, N.A.; Experian Information
Solutions, Inc.; Equifax Information
Services, LLC; and TransUnion, LLC,

    Defendants.
_____/

## NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Bank of America, N.A. and JPMorgan Chase Bank, N.A. remain pending.

Dated: May 13, 2022

                                            */s/ Trescot Gear*
                                            Gear Law, LLC
                                            1405 W. Swann Ave.
                                            Tampa, FL 33606

                                            Mailing Address:
                                            McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320<br>
Scottsdale, AZ  85251<br>
Telephone: (602) 456-8900<br>
Fax: (602) 218-4447<br>
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/Trescot Gear*